**Dismissed and Opinion Filed May 3, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00228-CV

**BEATRIZ PANGILINAN AND CAREWORKS HOME HEALTH SEVICES, INC., Appellants**
**V.**
**NARCISSA VITERBO BARDELOZA AND EDUARDO BARDELOZA, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-03729**

## MEMORANDUM OPINION
Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

We reinstate this appeal. This case was abated in 2013 due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public

Access to Court Electronic Records (PACER) system which shows the bankruptcy

case associated with this appeal was discharged on September 6, 2016.

We then notified the parties by letter, requesting they inform the Court of the

status of the bankruptcy and of this appeal. We cautioned that the failure to respond

would result in the appeal being dismissed for want of prosecution. *See id.*

42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c).

130028f.p05

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BEATRIZ PANGILINAN AND
CAREWORKS HOME HEALTH
SEVICES, INC., Appellants

No. 05-13-00228-CV        V.

NARCISSA VITERBO
BARDELOZA AND EDUARDO
BARDELOZA, Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 08-03729.
Opinion delivered by Justice
Pedersen, III. Justices Osborne and
Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered this 3rd day of May, 2021.